UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24856-CIV-MARTINEZ/Sanchez

BRIDLINGTON BUD LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction [ECF No. 26]. (*See* [ECF No. 27]). Magistrate Judge Sanchez filed an R&R [ECF No. 31], recommending that the Motion be granted and that a preliminary injunction be entered. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R [ECF No. 31] is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction [ECF No. 26] is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 18 day of February 2026.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record